UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Respondent. | CASE NO. 2:25-cv-01787-DGE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) |

The Court, having reviewed de novo the Report and Recommendation ("R&R") of Magistrate Judge Michelle L. Peterson and the remaining record, and there being no objections, does hereby find and ORDER:

1. The R&R (Dkt. No. 8) is ADOPTED;

2. Petitioner's motion for leave to file a second or successive habeas petition under 28 U.S.C. § 2244(b)(3)(A) (*See* Dkt. No. 1) is STRICKEN without prejudice to Petitioner submitting a proper application to the Ninth Circuit consistent with Ninth Circuit Rule 22-3; and

- 1

3. Petitioner's proposed motions (Dkt. Nos. 1-1, 2, 3, 4) are DENIED as moot.

The Clerk is directed to close this action and to send copies of this order to Petitioner and to Judge Peterson.

Dated this 30th day of October 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) - 2